**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LISA E. RODGERS**                                                                               **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 4:11CV119-NBB-JMV**

**LINCOLN NATIONAL LIFE
INSURANCE COMPANY**                                                  **DEFENDANT**

---

**AGREED ORDER FOR EXTENSION OF TIME TO FILE ANSWER**

---

The Plaintiff filed suit and the Defendant, Lincoln National Life Insurance Company ("Lincoln"), was served in this matter on October 24, 2011. Counsel for the Plaintiff has agreed that Lincoln shall have up to and including December 8, 2011 to answer or otherwise respond to the Complaint and has no objection to the extension.

Considering the foregoing, and finding it to be well taken,

IT IS HEREBY ORDERED that the Defendant, Lincoln National Life Insurance Company, shall answer or otherwise respond to the Complaint on or before December 8, 2011.

THIS 2nd day of December, 2011.

                                                   /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**

**APPROVED AND AGREED:**


/s/ G. Todd Burwell
G. Todd Burwell (MB # 8832)
G. TODD BURWELL, P.A.
618 Crescent Boulevard, Suite 200
Ridgeland, Mississippi 39157
Telephone:  601.427.4470
Facsimile:  601.427.0189
**Counsel for Plaintiff**


/s/ Hillary M. Blalock
Jason R. Bush (MB # 100451)
Hillary M. Blalock (MB # 104004)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Post Office Box 14167
Jackson, Mississippi 39236
Telephone:  601.351.2400
Facsimile:  601.351.2424
**Counsel for Defendant**